# UNITED STATES DISTRICT COURT FILED

EASTERN   DISTRICT OF   CALIFORNIA

DEC 1 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

——oOo——

UNITED STATES OF AMERICA

v.

Henry Kheng Ho, and
Guan Zhang Lo

## CRIMINAL COMPLAINT

CASE NUMBER:  $10$ -MJ- $355$ KJN

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **December 10, 2010**, in **Sacramento** County, in the Eastern District of California defendant(s) did, (Track Statutory Language of Offense)

‣ **Count One - Conspire to Manufacture and Manufacture More Than 100 Marijuana Plants;**
**Count Two - Knowingly Maintain a Place Used for the Manufacture of Marijuana; Count Three - Manufacturing Marijuana within 1,000 feet of a public secondary school, to wit, Elk Grove High School**

in violation of Title **21**, United States Code, Section(s) **846, 841(a)(1), 856 and 860**.  I further state that I am a(n) Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

‣ **See Attached Affidavit of DEA Special Agent Brian Swenson**

Continued on the attached sheet and made a part of this complaint:  **X**

Signature of Complainant
Brian A. Swenson, DEA Special Agent

Sworn to before me, and signed in my presence
December 13, 2010

Date

at   Sacramento, California

City          State

Honorable Kendall J. Newman
United States Magistrate Judge

Name of Judge          Title of Judge

Signature of Judge

## AFFIDAVIT OF DEA SPECIAL AGENT BRIAN A. SWENSON IN SUPPORT OF CRIMINAL COMPLAINT AND REQUEST FOR AN ARREST WARRANT

I, Brian Swenson, being duly sworn, depose and state as follows:

### AFFIANT'S BACKGROUND

1.      I am a Special Agent (S/A) with the United States Drug Enforcement Administration (DEA) and have so been employed since May of 2004. I am presently assigned to the DEA Sacramento District Office.  I am a law enforcement officer of the United States and I am empowered by law to conduct investigations, execute and serve search warrants, and make arrests for offenses enumerated in Section 878, of Title 21, United States Code.

2.      I was trained as a DEA Special Agent at the DEA Academy, Quantico, Virginia. I received specialized training in the Controlled Substance Act, Title 21 United States Code, including, but not limited to, Sections 841(a)(1) and 846, Controlled Substance Violations and Conspiracy to Commit Controlled Substance Violations, respectively. I was assigned to the Sacramento District Office in June of 2004. As part of my assignment I have participated in investigations targeting individuals and organizations trafficking marijuana, heroin, cocaine, crack cocaine, methamphetamine, ecstasy, and other controlled substances as defined in Title 21 United States Code, Section 801. I have been actively involved as a case agent in numerous investigations and have interviewed cooperating defendants and confidential sources who were involved in narcotics trafficking.   I have served on several federal wiretap investigations as a case agent and wire room supervisor.  I have experience in analyzing and interpreting coded language used by drug traffickers. I have performed enforcement related tasks such as executing state and federal search warrants, arrest warrants, utilizing confidential sources for the purchase of narcotics, surveillance of suspects, and acting in an undercover capacity to purchase illegal drugs.

3.      I have been involved in several investigations targeting drug trafficking organizations cultivating marijuana in residential properties in the Sacramento region. These residential properties were typically converted into full-scale indoor marijuana

1

gardens that posed serious hazardous conditions to the occupants of the residences and to nearby properties and residents. I know that marijuana cultivators often steal power by tampering with the power meter that is attached to the residence in order to avoid paying high energy bills. Indoor marijuana gardens use extreme amounts of power. In some instances, these electrical bypasses are so hazardous and deadly that · residences have caught fire and burned down. I also know that marijuana cultivators do not commonly list themselves as the utility subscriber for fear of being detected by law enforcement.

4.      Based on my training and experience, I know that marijuana cultivators usually do not park in the driveways of the residences containing marijuana gardens for fear of being detected by law enforcement or their neighbors. Marijuana cultivators often park in the garages instead in order to conceal illegal activity, such as the loading and unloading of marijuana and cultivation equipment.

5.      Based on my training and experience, I know that marijuana cultivators commonly use large industrial type ventilation systems in their gardens consisting of large conical air filters, high-power fans, ducting, and other equipment for the purpose of providing fresh air for the marijuana plants and to ventilate the marijuana odor to lessen their risk of being discovered by police. These ventilation systems are noisy and can often be heard operating inside the marijuana garden houses by law enforcement officers standing in public areas adjoining them.

## BASIS OF INFORMATION

6.      The information contained in this affidavit is based upon numerous sources that include: my personal observations and the observations of other law enforcement officers both state and federal who are involved in this investigation and hereinafter referred to as the "Investigating Agencies"; review of official police and government reports; surveillance; and the analysis of county records and financial documents. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary and appropriate to establish probable cause for the violations detailed in this affidavit. The Investigating Agencies consist of agents and detectives from the Drug Enforcement Administration (DEA), Elk

2

Grove Police Department (EGPD), Immigrations and Customs Enforcement (ICE), and the Internal Revenue Service (IRS).

## PROBABLE CAUSE STATEMENT

7. This affidavit is made to support a complaint charging Henry Kheng HO and Guan Zhang LUO with manufacturing at least 100 plants of marijuana, conspiracy to manufacture at least 100 plants of marijuana, and maintaining a place for manufacturing at least 100 plants of marijuana, a Schedule I controlled substance, as well as manufacturing marijuana within one thousand feet of a school, as detailed in this affidavit. It is also made in support of a request for an arrest warrant for Guan Zhang LUO.

8. Henry Kheng HO is identified as an Asian male with black hair and brown eyes, approximate height of 5'8", approximate weight of 210 lbs, date of birth of September 30, 1968, and a California Driver's License number of A8493662. He is currently residing at 10027 Seattle Slew Lane, Elk Grove, California. A criminal history check of Henry HO revealed an arrest on January 14, 1986 for violations of California Penal Code PC Section 211 - Robbery and California Penal Code PC 187 – Murder: Second Degree [Disposition: Paroled from CYA on September 25, 1991].

9. Guan Zhang LUO is identified as an Asian male with black hair and brown eyes, approximate height of 5'4", approximate weight of 138 lbs, date of birth of December 9, 1982, and a California Driver's License number of D3203874. He is currently residing at 8117 Cottonwood Lane, Sacramento, California. A criminal history check of Guan LUO revealed an arrest on July 28, 2009 for violations of California Vehicle Code Section 23152(A) – Driving under the influence [Disposition: Prosecution rejected for lack of sufficient evidence.

## INVESTIGATIVE ACTIVITY

10. This investigation has revealed that Henry HO and Guan LUO are involved in the cultivation of marijuana in the area of Elk Grove, California. Henry HO and Guan LUO are using residential property to cultivate marijuana. The Investigating Agencies discovered an illegal electrical bypass near the main power meter attached to the residence which was resulting in electrical power theft. This was done in order to avoid

3

paying high monthly electrical bills and to avoid detection by law enforcement based on the extreme draw of electrical power required to operate the marijuana garden.

11.     During September 2010, the Investigating Agencies served several search warrants on residences suspected (and later confirmed) of containing marijuana gardens. Subsequent to execution of those search warrants, the Investigating Agencies arrested an individual identified as Vi LE for his involvement in marijuana cultivation. Vi LE is currently facing federal drug trafficking charges in the Eastern District of California. Prior to his arrest, Vi LE was observed frequenting a residence suspected of being an indoor grow house (not presently listed where suspicious drug related activity was observed). During surveillance at this residence, the Investigating Agencies observed a grey Nissan Maxima bearing license plate 6EWR473 [registered to Henry HO at 8841 Minnie Circle, Elk Grove, California] parked in the driveway. After running a check on the license plate, EGPD Detective Guy Uyeda recognized the vehicle's registered owner, Henry HO, as an individual related to other marijuana investigations conducted by the Elk Grove PD.

12.     On September 22, 2010, the Investigating Agencies conducted surveillance at 8841 Minnie Circle. Detective Uyeda observed the residence had changed in appearance since the last time he had seen it during an unrelated prior investigation. All the windows in the residence had since been tightly covered up. Detective Uyeda approached the front door and could hear the sound of a ventilation system along with the sound of a television or radio. Detective Uyeda indicated that the sound of the ventilation system was consistent with the high powered fans utilized in residential marijuana cultivations he has previously investigated. Detective Uyeda has investigated and discovered no less than thirty residential marijuana cultivations and has extensive knowledge and experience in the equipment utilized in the gardens, such as the make-shift ventilation systems utilizing these high power fans. During this surveillance, the Investigating Agencies observed a black BMW bearing license plate 6GFF371 [registered to Jenny LUO at 8117 Cottonwood Lane, Sacramento, California] driven by an individual identified as Guan Zhang LUO arrive at the residence. The garage door opened and Guan LUO drove into the garage, after which the garage door closed.

4

Detectives further observed Guan LUO retrieve mail from the community mail box located nearby.

13. A check with the Sacramento Municipal Utility District (SMUD) revealed that Guan LUO was the billing customer for utilities at 8841 Minnie Circle. The previous SMUD billing customer was Be Huynh, who has been identified as Henry HO's ~~spouse.~~ *significant other* Be Huynh is currently the SMUD billing customer for the residence located at 10027 Seattle Slew Lane, Elk Grove, California.

14. On September 29, 2010, detectives from the EGPD conducted a garbage pickup at 8841 Minnie Circle from the garbage containers which were located on the street in front of the residence. Inside the trash, detectives located and seized eleven Grodan starter block wrappers (which are starter plant cubes), a black plastic plant tray (commonly found in marijuana cultivations), a Lowe's business receipt for the purchase of a bath fan, ducting, and foil tape, and a black plastic Hydro Farm shopping bag. Based on my experience in investigating marijuana gardens I know that all of these items are commonly found in residential marijuana gardens.

15. On October 27, 2010, detectives from the EGPD conducted another garbage pickup at 8841 Minnie Circle from the garbage containers which were located on the street in front of the residence. Inside the trash, detectives located and seized one clear plastic bag containing approximately 636 gross grams of dried marijuana shake (discarded clippings from marijuana plants), five Grodan starter block wrappers, and discarded mail with the names "Kim Ha" and "Huynh family" written on them. Later that day, the Investigating Agencies conducted surveillance at 8841 Minnie Circle and observed Henry HO arrive in the Nissan Maxima [6EWR473] at which time the garage door opened. Henry HO then drove the vehicle into the garage, after which the garage door closed. Approximately an hour later, Henry HO was observed departing from the residence in the Nissan Maxima [6EWR473]. The Investigating Agencies observed the vehicle arrive and park at a CVS Pharmacy parking lot located at 8585 Elk Grove Blvd. Henry HO parked his vehicle next to a silver BMW bearing license plate 5EWP128 [registered to Michelle Hoang at 5907 Lemon Park Way, Sacramento, California]. Detective Uyeda observed Henry HO deposit a large black plastic garbage bag that

5

appeared to be 1/3 full into the trunk of the silver BMW [5EWP128]. Detective Uyeda indicated that the garbage bag was the same type that he has seen numerous times during other marijuana cultivations where it has been used as a means of transporting processed marijuana. Based on my training and experience, I believe that the garbage bag likely contained processed marijuana retrieved from the marijuana cultivation likely located at 8841 Minnie Circle. Henry HO then closed the trunk of the BMW [5EWP128] and engaged in a conversation with the Asian male driver, after which they both departed in their respective vehicles. Detectives continued to follow Henry HO in the Nissan Maxima [6EWR473] into a gated community where he arrived at 10027 Seattle Slew Lane, Elk Grove, California. During a drive by of the residence, detectives could not see the vehicle and suspected the vehicle to be parked inside one of the two separate garages. Shortly thereafter, the Investigating Agencies observed Be Huynh arrive and park at the residence in her Toyota Sequoia bearing license plate 4PGF510 [registered to Henry HO at P.O. Box 725, Elk Grove, California]. Be Huynh was observed entering the residence with two small children.

16.     On November 4, 2010, the Investigating Agencies conducted surveillance at 8841 Minnie Circle and observed Henry HO's Nissan Maxima [6EWR473] arrive at the residence. Approximately eight minutes later, EGPD Detective Jason DeBolt observed the Nissan Maxima [6EWR473] depart from the residence driven and solely occupied by Henry HO. The vehicle was followed to a residence in Modesto, California, and on its return to Elk Grove, detectives observed Henry HO perform counter surveillance type driving in which it appeared to detectives that Henry HO was attempting to see if he was being followed. Detectives observed the Nissan Maxima [6EWR473] driven by Henry HO arrive at 10027 Seattle Slew Lane at which time the garage door opened. Henry HO then drove inside the garage, after which the garage door closed. As the garage door was closing, Detective Uyeda observed a black Mercedes S55 AMG bearing license plate 6AIL123 [registered to Henry HO at 8841 Minnie Circle, Elk Grove, California] parked inside the garage. The Investigating Agencies then conducted surveillance at 8117 Cottonwood Lane and observed a white BMW bearing license plate 3SIV795 [registered to Man Ka Qu at 3695 Cooper Island Road, West Sacramento, California]

6

parked in the driveway. Approximately fifteen minutes later, the black BMW 328i [6GFF371] arrived and parked in the driveway occupied by Jenny Luo, an Asian male, and a small child. A short time later, EGPD Detective Koontz observed an Asian male enter the BMW [6GFF371] and depart from the residence. Detective Keller observed and identified the driver as Guan LUO. Detectives followed the vehicle to 8841 Minnie Circle at which time the garage door opened. Guan HUO then drove the vehicle inside the garage, after which the garage door closed.

17.     On November 11, 2010, the Investigating Agencies conducted surveillance at 8841 Minnie Circle and observed the black BMW [6GFF371] parked in the driveway. Detective DeBolt observed Guan LUO cleaning up soil that appeared to have been spilled onto the driveway. Based on my training and experience, I know that soil is a commonly used item in residential marijuana gardens.

18.     On November 17, 2010, the Investigating Agencies conducted surveillance at 8841 Minnie Circle at which time Detective Uyeda observed the black Mercedes S55 AMG [6AIL123] depart from the garage driven and solely occupied by Henry HO. The vehicle was followed to 10027 Seattle Slew Lane where it parked inside the garage.

19.     On November 24, 2010, the Investigating Agencies conducted surveillance at 8841 Minnie Circle at which time Detective Keller observed the black BMW [6GFF371] arrive and park in the driveway solely occupied by Guan LUO. Approximately one hour later, Detective Keller observed the vehicle depart the residence driven by Guan LUO and arrive and park in the street at 8117 Cottonwood Lane. Detective Uyeda drove by the residence and observed Guan LUO gain access to the residence by manipulating the front security screen and front door with what appeared to be a set of keys.

20.     On December 8, 2010, Detective DeBolt conducted surveillance at 8841 Minnie Circle.  He approached the garage and heard the sound of an operating indoor ventilation system within the residence.  The sound of the system was consistent with high powered fans that he has previously heard operating inside indoor marijuana grows.

7

## EXECUTION OF FEDERAL SEARCH WARRANTS

21.     On December 10, 2010, federal search warrants were executed at 8841 Minnie Circle, Elk Grove, California; 10027 Seattle Slew Lane, Elk Grove, California; and 8117 Cottonwood Lane, Sacramento, California. As a result of these search warrants, valuable evidence was seized and a sophisticated residential marijuana garden was discovered, as detailed below.

22.     At approximately 6:05am, Elk Grove Police Department detectives, IRS Special Agents, and DEA Special Agent Brian Swenson executed a federal search warrant at 8841 Minnie Circle, Elk Grove, California. An initial protective sweep of the residence was performed. Agents did not locate any suspects inside the residence. The search warrant was conducted and the Investigating Agencies discovered a large sophisticated active marijuana garden encompassing both the downstairs and upstairs of the residence. EGPD Detective Gabe Ramos took digital photographs and video footage of the residence prior to the disassembly of the marijuana garden. S/A Swenson performed a marijuana plant count as recorded on video by Detective Ramos and established that a total of **437 marijuana plants**, each with a root system, were growing inside the various rooms of the residence. S/A Swenson seized the marijuana plants and took a representative sample of the marijuana plants located which was later submitted into evidence. Throughout the residence, detectives located equipment used in the cultivation of the marijuana garden. S/A Swenson seized the cultivation equipment, which includes: 46 electrical ballasts, 45 high power lights and light hoods, 5 large industrial air filters, 5 high power fans, 9 electrical panels with timers, and one main power panel. S/A Swenson further located the following equipment inside the marijuana cultivation which was not seized: 24 large black plastic cultivation trays, 24 five gallon water containers, and 24 small fans. S/A Swenson further located and seized several zip-locks bags located in the downstairs entry room and upstairs bathroom which contained suspected processed marijuana. IRS agents assisted during the execution of the search warrant and seized several documents as well. During execution of the search warrant detectives located an illegal electrical bypass made to the main power lines which were attached to the electrical meter. Technicians from

8

SMUD were called to the residence and they inspected the power lines attached at the power meter. The SMUD technicians confirmed an electrical bypass made to the main power lines near the power meter which allowed electrical power theft. The SMUD technicians then conducted their own power theft investigation. S/A Swenson left a copy of the search warrant and inventory of seized items on the kitchen counter and secured the residence. During execution of the search warrant, an Elk Grove Police Department patrol officer arrived at the residence and used a LIDAR measuring device to measure the distance from the residence to the Elk Grove High School located off of Valley Oak Drive in Elk Grove. The officer obtained a reading of **666 feet** from the residence to the nearest school building (walking distance to the school). Execution of the search warrant was concluded at approximately 9:20am.

23.     At approximately 6:00am, EGPD detectives, IRS agents, and DEA S/A Spencer Savage executed a federal search warrant at 10027 Seattle Slew Lane, Elk Grove, California. An initial protective sweep of the residence was performed. EGPD detectives located and detained Henry HO and Kim Huynh who were inside the residence. Agents also located five children inside the residence. Agents then conducted a search of the residence. During the search, DEA Special Agent Spencer Savage located and seized the following: 31 turkey bags filled with processed marijuana (total estimate of 31 pounds) located inside both garages; a digital scale containing marijuana residue located in the garage; and several documents. IRS agents assisted in the search of the residence and seized several documents as well. Henry HO was placed under arrest and read his Miranda rights, after which he requested to speak with an attorney. The interview with Henry HO was concluded and he was transported to the Sacramento County Jail. Kim Huynh was released upon completion of the warrant. The search warrant was concluded at approximately 12:20pm.

24.     At approximately 6:00am, DEA Special Agents and IRS Special Agents executed a federal search warrant at 8117 Cottonwood Lane, Sacramento, California. An initial protective sweep of the residence was performed. Agents located and detained Jenny Luo, Misty Luo, Tang Sheng Liu, and Hing Wai Wu until completion of the search warrant. Agents also identified two children inside the residence. Agents asked the

9

individuals where Guan LUO was and Jenny Luo told agents that he lived in the residence in a bedroom but was not in the house at the time. Jenny Luo showed agents which room Guan LUO was living in. Agents then conducted a search of the residence. DEA Special Agent Jon Black located and seized the following: 78 marijuana plants growing in the upstairs master bathroom; one zip-lock bag containing processed marijuana located inside Guan LUO's bedroom closet; one zip-lock bag containing processed marijuana located in the downstairs hall closet; a digital scale, heat sealer, and assorted packaging material located in Guan LUO's bedroom closet; and other documentary evidence. Agents further located the following items which were not seized: several fans, a high-power light hood with bulbs, and high-power fan (same one used on large conical filters found in the marijuana garden at 8841 Minnie Circle) located in the downstairs closet; and several black cultivation trays, small fans, electrical ballast, and light hood found in the garage. IRS agents assisted in the search of the residence and seized several documents as well. All the individuals detained during execution of the search warrant were released upon completion of the warrant. No arrests were made. The search warrant was concluded at approximately 8:30am.

10

## SUMMARY OF CHARGES

25.    Based on the facts set forth herein, on my training and experience, and the
training and experience of other agents and officers with whom I have spoken with and
are involved in this investigation, I therefore submit that there is probable cause to
believe the following:

That Henry HO and Guan LUO have each violated Title 21 United States Code,
Section 841(a)(1) - manufacture at least 100 plants of marijuana,  a controlled
substance.

That Henry HO and Guan LUO have each violated Title 21 United States Code,
Section 856 – knowingly maintaining a place for manufacturing at least 100
plants of marijuana, a controlled substance.

That Henry HO and Guan LUO each violated Title 21 United States Code,
Section 846 - conspiracy to manufacture at least 100 plants of marijuana, a
controlled substance.

That Henry HO and Guan LUO each violated Title 21 United States Code,
Section 860 – manufacturing a controlled substance within one thousand feet of
a school.

Brian Swenson
Special Agent
Drug Enforcement Administration

Approved as to form:

Todd D. Leras
Assistant United States Attorney
Eastern District of California

Sworn and Subscribed to me on December __13__, 2010

KENDALL J. NEWMAN
United States Magistrate Judge

11