**FILED**
December 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:10-mj-0355 KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| HENRY HO, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Henry Ho; Case 2:10-mj-0355 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

_X_   Secured Appearance Bond in the amount of $350,000.00 secured by a check in the full amount of the HELOC and the remaining balance by the equity in the property of Qui Thach.

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

_X_   (Other) Pretrial Supervision/Conditions; Defendant to be released today on an unsecured appearance bond in the amount of $350,000.00 co-signed by Qui Thach; Security to be posted within one week.

Issued at  Sacramento, CA  on  12/15/10  at  11:30 a.m.

By _____
Kendall J. Newman
United States Magistrate Judge