BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 2:10-cr-00517 KJM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| HENRY KHENG HO, ) | |
| and GUAN ZHANG LUO, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Christopher H. Wing, Counsel for Defendant Henry Kheng Ho, and Attorney John E. Virga, Counsel for Defendant Guan Zhang Luo, that the initial status conference scheduled for January 28, 2011, be continued to March 31, 2011, at 10:00 a.m.

On January 21, 2011, Chief United States District Judge Anthony W. Ishii issued an "Order of Reassignment" transferring this matter from U.S. District Judge Garland E. Burrell Jr. to U.S. District Judge Kimberly J. Mueller for all further

1

1 proceedings. The parties had scheduled the initial appearance
2 before Judge Burrell prior to issuance of the Order of
3 Reassignment. The parties are now requesting to vacate the
4 January 28 date and set a new status conference on March 31,
5 2011.
6     The request to continue the initial status conference is
7 made on the ground that the government has provided discovery and
8 counsel for both defendants need additional time to review the
9 information with their respective clients. All parties are
10 therefore requesting additional time for attorney preparation.
11 The government and defendants agree that an exclusion of time is
12 appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4
13 (reasonable time to prepare). This exclusion of time includes
14 the period from January 28, 2011, up to and including March 31,
15 2011.
16     Christopher H. Wing and John E. Virga agree to this request
17 and have authorized Assistant United States Attorney Todd D.
18 Leras to sign this stipulation on their behalf.

20 DATED: January 25, 2011      By: /s/ Todd D. Leras
                                         TODD D. LERAS
21                                          Assistant U.S. Attorney

23 DATED: January 25, 2011      By: /s/ Todd D. Leras for
                                         CHRISTOPHER H. WING
24                                          Attorney for Defendant
                                         HENRY KHENG HO

26 DATED: January 25, 2011      By: /s/ Todd D. Leras for
                                         JOHN E. VIRGA
27                                          Attorney for Defendant
                                         GUAN ZHANG LUO

**IT IS HEREBY ORDERED**:

1. The initial status conference set for January 28, 2011, before Judge Garland E. Burrell Jr. is VACATED and RESET for March 31, 2011, at 10:00 a.m. before Judge Kimberly J. Mueller.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) from January 28, 2011, up to and including March 31, 2011.

IT IS SO ORDERED.

Date:   January 27, 2011.

_____
UNITED STATES DISTRICT JUDGE