LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.    2:10-cr-0517 KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM MAY 26, 2011 TO JUNE 23, 2011 |
| v. | |
| HENRY KHENG HO. | |
| Defendant, | |

It is hereby stipulated by and between Plaintiff, United States of America and Counsel for Defendant HENRY KHENG HO, and Counsel for Defendant GUAN ZHANG LUO, that the Status Conference scheduled for May 26, 2011 be continued to June 23, 2011, at 10:00 am.

This request is made on the ground that defense counsel is engaged in continuing investigation of the case and is in the process of providing additional information for the government to consider as part of the resolution process.

The government and defendants agree that exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 [reasonable time to prepare], and further agree that this exclusion of time includes the period from May 26, 2011 up to and including June 23, 2011.

///

1

Counsel for the government, Assistant United States Attorney Todd D. Leras and counsel for Defendant GUAN ZHANG LUO agree to this request and have authorized Counsel for Defendant HENRY KHENG HO, Christopher H. Wing, to sign this stipulation on their behalf.

Dated: May 23, 2011                    By: /s/ Christopher H. Wing
                                           CHRISTOPHER H. WING
                                           Attorney for Defendant
                                           HENRY KHENG HO

Dated: May 23, 2011                    By: /s/  Christopher H. Wing
                                           JOHN E. VIRGA
                                           Attorney for Defendant
                                           GUAN ZHANG LUO

Dated: May 23, 2011                    By: /s/  Christopher H. Wing
                                           TODD D. LERAS
                                           Assistant U.S. Attorney

IT IS ORDERED THAT:

Pursuant to the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial, and that time under the Speedy Trial Act shall be excluded under 18 U.S.C § (h)(7)(B)(iv) and Local Code T4 from May 26, 2011 up to and including June 23, 2011 and that the Status Conference now set for May 26, 2011 is continued to June 23, 2011 at 10:00 am.

DATED:  May 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

/ / /

2