```
          LAW OFFICES OF
            WING & PARISI
       A PROFESSIONAL CORPORATION
             1101 E STREET
         SACRAMENTO, CA 95814
               441-4888
           State Bar #063214
```

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No.   2:10-cr-00517 KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM JUNE 23, 2011 AT 10:00 TO AUGUST 25, 20011 AT 10:00 AM |
| v. | |
| HENRY KHENG HO | |
| Defendant, | |

It is hereby stipulated by and between Plaintiff, United States of America and Counsel for Defendant HENRY KHENG HO, and Counsel for Defendant GUAN ZHANG LUO, that the Status Conference scheduled for June 23, 2011 at 2:30 PM be continued to August 25, 2011, at 10:00 am.

This request is made on the ground that defense counsel is engaged in continuing investigation of the case and is in the process of providing additional information for the government to consider as part of the resolution process.  Further, Defendant HENRY KHENG HO has been severely ill for over three weeks and has been recently released from Sutter Hospital after spending two days there.  He suffers from significant liver problems which have been diagnosed for over a year, and this latest attack has been a significant impediment to proceeding on the investigation and providing documentation to the

///

government in the time frame previously requested.  This time will allow the defense to complete its investigation and to follow up on Defendant HENRY KENG HO'S medical situation.

The government and defendants agree that exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 [reasonable time to prepare], and further agree that this exclusion of time includes the period from June 23, 2011 up to and including August 25, 2011.

Counsel for the government, Assistant United States Attorney Todd D. Leras, and counsel for Defendant GUAN ZHANG LUO, John E. Virga, agree to this request and have authorized Counsel for Defendant HENRY KHENG HO, Christopher H. Wing, to sign this stipulation on their behalf.

Dated: June 20, 2011         By: /s/ Christopher H. Wing
                                 CHRISTOPHER H. WING
                                 Attorney for Defendant
                                 HENRY KHENG HO


Dated: June 20, 2011         By: /s/ Christopher H. Wing
                                 JOHN E. VIRGA
                                 Attorney for Defendant
                                 GUAN ZHANG LUO


Dated June 20, 2011          By: /s/ Christopher H. Wing
                                 TODD D. LERAS
                                 Assistant U.S. Attorney

//

//

//

//

///

ORDER

IT IS ORDERED THAT:

The status conference set for June 23, 2011 at 10:00 a.m. is vacated and reset for August 25, 2011 at 10:00 a.m. Pursuant to the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial, and that time under the Speedy Trial Act shall be excluded under 18 U.S.C § (h)(7)(B)(iv) and Local Code T4 from June 23, 2011 up to and including August 25, 2011.

Dated:   June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

/ / /