LAW OFFICES OF
**WING & PARISI**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. HENRY KHENG HO, Defendant, | No.   2:10-cr-00517 KJM<br><br>AMENDED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE FROM AUGUST 25, 2011 AT 10:00 AM TO SEPTEMBER 15, 2011 AT 10:00 AM |
|---|---|

  It is hereby stipulated by and between Plaintiff, United States of America and Counsel for Defendant HENRY KHENG HO, and Counsel for Defendant GUAN ZHANG LUO, that the Status Conference scheduled for August 25, 2011 at 10:00 AM be continued to September 15, 2011, at 10:00 am.

  This request is made on the ground that defense counsel is engaged in continuing investigation of the case and is in the process of providing additional information for the government to consider as part of the resolution process.  Further, Defendant HENRY KHENG HO, as noted previously, has been ill for over a significant period of time and continues to suffer from significant liver problems which have been diagnosed for over a year. His illness has continued to be an impediment to proceeding on the investigation and providing documentation to the government in the time frame previously requested.  We

///

1

believe that this extra time will allow the defense to complete its investigation and to follow up on Defendant HENRY KENG HO'S medical situation.

The parties further stipulate and agree that the time period from the date of this stipulation up to an including the new status conference date of September 15, 2011 shall be excluded from computation of the time for commencement of trial under Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 [reasonable time to prepare], and further agree that this exclusion of time includes the period from August 25, 2011 up to and including September 15, 2011.

For the above reasons, the defendants, defense counsel and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4

Counsel for the government, Assistant United States Attorney Todd D. Leras, and counsel for Defendant GUAN ZHANG LUO, John E. Virga, agree to this request and have authorized Counsel for Defendant HENRY KHENG HO, Christopher H. Wing, to sign this stipulation on their behalf.

Dated: September 22, 2011                By: /s/ Christopher H. Wing
                                              CHRISTOPHER H. WING
                                              Attorney for Defendant
                                              HENRY KHENG HO

Dated: September 22, 2011                By: /s/ Christopher H. Wing
                                              JOHN E. VIRGA
                                              Attorney for Defendant
                                              GUAN ZHANG LUO

Dated September 22, 2011                 By: /s/ Christopher H. Wing
                                              TODD D. LERAS
                                              Assistant U.S. Attorney

/ / /

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.

**ORDER**

**IT IS ORDERED THAT**:

Pursuant to the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and defendants in a speedy trial, and further finds that the requested continuance is necessary to provide both the prosecution and the defense reasonable time necessary for effective preparation.

Further, it is ordered that time under the Speedy Trial Act shall be excluded under 18 U.S.C § (h)(7)(B)(iv) and Local Code T4 from August 25, 2011 up to and including September 15, 2011 and that the Status Conference now set for August 25, 2011 is continued to September 15, 2011 at 10:00 a.m.

Dated: August 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

///

LAW OFFICES OF
WING & PARISI
SACRAMENTO, CA.