LAW OFFICES OF
CHRISTOPHER H. WING
2701 DEL PASO ROAD, SUITE 130 #45
SACRAMENTO, CA 95835
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>HENRY KHENG HO<br>Defendant, | No.   2: 10-cr-00517 KJM<br><br>ORDER EXONERATING BAIL, RECONVEYANCE OF DEED OF TRUST AND RETURN OF CASHIER'S CHECK TO QUI KHANG THACH |

The Defendant, HENRY KHENG HO, having been sentenced and surrendered in a timely manner, and with good cause appearing:

IT IS ORDERED THAT:

The Deed of Trust previously posted as security in this matter is hereby exonerated and the Clerk of the Court or a designee is directed forthwith to exonerate the bail posted in this matter as noted in Docket Number 16, filed on December 21, 2010; i.e., real property located at 8345 Alpine Laurel, Sacramento California, 95829 and to return the $150,000.00 posted with the Clerk's Office in Cashier's Check 614000463 from EastWest Bank, to Qui Khang Tach at the Alpine Laurel address.

Dated: June 12, 2014

_____
UNITED STATES DISTRICT JUDGE

1